916

No. 79–191. CLANCEY v. UNITED STATES HOUSE OF REPRESENTATIVES ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 79–196. CONGER ET AL. v. MADISON COUNTY, TENNESSEE, ET AL. Sup. Ct. Tenn. Certiorari denied. ▮

No. 79–205. RADER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–246. MCCABE v. BURGESS, STATE'S ATTORNEY FOR CHAMPAIGN COUNTY, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 79–266. SCHLAX v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–271. BRIDGER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. ▮

No. 79–276. MITAN v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS. Sup. Ct. Ill. Certiorari denied. ▮

No. 79–277. TUTT v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 79–279. MAGNUS PETROLEUM Co., INC., ET AL. v. SKELLY OIL Co. C. A. 7th Cir. Certiorari denied. ▮

No. 79–280. WESTERN ELECTRIC Co., INC. v. STERN, U. S. DISTRICT JUDGE (KYRIAZI, REAL PARTY IN INTEREST). C. A. 3d Cir. Certiorari denied.

No. 79–284. TERRY ET UX. v. KLAMATH PRODUCTION CREDIT ASSN. Ct. App. Cal., 3d App. Dist. Certiorari denied.